Tangipahoa Parish Clerk of Court  20210003522
Filed Dec 29, 2021 11:42 AM    C
Iesha Brumfield
Deputy Clerk of Court

**21st JUDICIAL DISTRICT COURT FOR PARISH OF TANGIPAHOA**

**STATE OF LOUISIANA**

NO. _____                    DIVISION: _____

**PATRICE KELLY**

Versus

**ALBERTSON'S LLC**

FILED: _____        DPY CLERK _____

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiff, PATRICE KELLY, a person of full age of majority and resident of the Parish of Tangipahoa, State of Louisiana, who respectfully represents the following with respect:

1.

Made defendants herein are:

1. **ALBERTSON'S LLC,** on information and belief, a foreign corporation authorized to do and doing business in the State of Louisiana. It is domiciled in the State of Louisiana with its registered agent for service of process is C.T. Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

2.

That the said defendant is justly and truly indebted unto the petitioner for such damages as are reasonable under the circumstances, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following, to-wit:

3.

On or about January 1, 2021, defendant, **ALBERTSON'S LLC,** located at 1801 W. Thomas Street Hammond, LA 70403, in the Parish of Tangipahoa, was open and petitioner, PATRICE KELLY, was a patron. Petitioner, **PATRICE KELLY,** slipped and fell without warning due to an unknown clear liquid on the floor that the employees knew or should have known posed a hazard to a patron such as petitioner, PATRICE KELLY, who suffered bodily injury due to the negligence of the defendants.



EXHIBIT A



Certified True and Correct Copy
CertID: 2022010500028
Tangipahoa Parish Deputy Clerk of Court
Generated Date: 1/5/2022 10:49 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

4.

At all times material hereto, the premises where Petitioner was injured was owned, operated and under the control of defendants, **ALBERTSON'S LLC**.

5.

Petitioner further alleges on information and belief, that at all pertinent times, defendants, **ALBERTSON'S**, herein described and were covered by said policy at the time of said accident. At all times defendant, **ALBERTSON'S LLC**, was self-insured and policy was in full force and effect at all pertinent times. The policy is the best example of it its terms and conditions.

6.

That the sole cause of the accident and injuries sued upon herein resulted from the gross and wanton negligence of defendants, **ALBERTSON'S LLC**, which said acts of negligence, among others to be shown at the time trial, are as follows:

   A. Failing to properly maintain the premises;
   B. Failure to warn patrons of a dangerous condition;
   C. Failure to properly train employees in crisis management;
   D. Failing to have in effect a proper and adequate safety program to ensure the safety of its patrons;
   E. Any and all other acts of negligence or fault to be shown at the time of trial.

7.

Plaintiff alleges that as a result of the negligence of defendants, **ALBERTSON'S LLC**, she has sustained injuries. Plaintiff sought medical treatment for her injuries and sustained various medical bills incidental thereto. Plaintiff further contends that the defendants is indebted unto her for reasonable damages in the premises in connection with the incident and past and future medical expenses.

8.

As a direct and proximate cause of the negligent of defendants, **ALBERTSON'S LLC**, that plaintiff, PATRICE KELLY, has suffered the following non-exclusive damages;

   1) Past, present, and future medical expenses, drugs, and hospitalization;
   2) Past, present and future physical pain and suffering and bodily injury;


Certified True and Correct Copy
CertID: 2022010500028

Marsha Casanova
Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
1/5/2022 10:49 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

3) Past, present and future loss of enjoyment of life;

4) Past, present and future permanent injuries and disability; and

5) Any and all other damages to be set forth at the time of the trial of this matter.

Petitioner prays for those damages that are just and reasonable under the facts and circumstances of this case.

9.

Plaintiff respectfully requests that all expert fees be cast as cost of this Honorable Court.

WHEREFORE, petitioner prays that the defendants be duly cited to appear and answer this Petition, that they be served with a copy of the same, and after all legal delays and due proceedings had, there be judgment herein in favor of your petitioner, PATRICE KELLY against defendants, **ALBERTSON'S LLC**, jointly and in solido, for such damages as are reasonable and just under the circumstances together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, in addition to penalties and attorney fees, and for all general and equitable relief.

Respectfully submitted,

Charles E. Brumfield, Jr., Esq. 31072
**Law Office of Charles E. Brumfield, Jr., LLC**
Post Office Box 2848
Hammond, LA 70404
Telephone: 985-400-2185
Facsimile: 985-222-2609
Email: cbrumfield@cebjr.org

**PLEASE HOLD SERVICE:**
**Albertson's LLC**
**Thru Its Agent For Service of Process**
**C.T. Corporation System**
**3867 Plaza Tower Drive**
**Baton Rouge, Louisiana 70816.**



Certified True and Correct Copy
CertID: 2022010500028



Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
1/5/2022 10:49 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

## CITATION

D89763

PATRICE KELLY

VS

ALBERTSON'S LLC



**CLERK OF COURT**

DOCKET NUMBER: C-20210003522
*Division:* C
*21st Judicial District Court*
*Parish of Tangipahoa*
*State of Louisiana*

To:   ALBERTSON'S LLC
THRU ITS AGENT FOR SERVICE OF PROCESS CT
CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA
70816

*Parish of EAST BATON ROUGE*

**YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within twenty one (21) days after the service hereof, under penalty of default.*

*This service was requested by* BRUMFIELD, CHARLES E *and was issued by the Clerk of Court on* JANUARY 5, 2022.

<u>Pleading Served</u>
PETITION FOR DAMAGES



Deputy Clerk of Court for
*GARY STANGA*, Clerk of Court

### Service Information

*Received on the* _____ *day of* _____, 20____ *and on the* _____ *day of* _____, 20____ *served the above named party as follows:*

**Personal Service** *on the party herein named* _____.

**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of* _____, *a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

**DUE & DILIGENT UNABLE TO SERVE BECAUSE**:_____.

*Returned:*
*Parish of* _____ *this* _____ *day of* _____, 20____.

*Service*    $_____
                                    By: _____
*Mileage*    $_____                    *Deputy Sheriff*

*Total*       $_____

SERVICE    **PAUPER**

Tangipahoa Parish Clerk of Court  20210003522
Filed Jan 26, 2022 1:01 PM          C
Vanessa Bailey
Deputy Clerk of Court

| | | |
|---|---|---|
| PATRICE KELLY | * | NUMBER 2021-3522   DIVISION "C" |
| | * | 21ST JUDICIAL DISTRICT COURT |
| VERSUS | * | PARISH OF TANGIPAHOA |
| ALBERTSON'S, LLC | * | STATE OF LOUISIANA |

## REQUEST FOR NOTICE OF TRIAL DATE, ETC.

To the Clerk of the 21st Judicial District Court, within and for the Parish of Tangipahoa, State of Louisiana:

PLEASE TAKE NOTICE that John P. Wolff, III, Tori S. Bowling and Brandi A. Barze of the law firm of KEOGH, COX & WILSON, LTD., do hereby request written notice of the date of the trial of the above matter as well as notice of hearings (whether on merits or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of the Court, as provided in Louisiana Code of Civil Procedure, particularly Article 1572, 1913 and 1914.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served this day upon all known counsel of record by United States mail and/or by electronic transmission and/or facsimile transmission. Baton Rouge, Louisiana, this ____ day of January, 2022.

_____
John P. Wolff, III

Respectfully submitted,

**KEOGH, COX & WILSON, LTD**

BY: _____
John P. Wolff, III, Bar #14504
Tori S. Bowling, Bar #30058
Brandi A. Barze, Bar #38488
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, LA  70821
Telephone:  (225) 383-3796
Facsimile: (225) 343-9612
Email: jwolff@keoghcox.com
         tbowling@keoghcox.com
         bbarze@keoghcox.com

ELECTRONICALLY FILED

| | | |
|---|---|---|
| PATRICE KELLY | * | NUMBER 2021-3522 DIVISION "C" |
| VERSUS | * | 21ST JUDICIAL DISTRICT COURT |
| | * | PARISH OF TANGIPAHOA |
| ALBERTSON'S, LLC | * | STATE OF LOUISIANA |

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Defendant, ALBERTSONS COMPANIES, INC. (referred to in the Petition as "Albertson's, LLC"), who, in answer to plaintiff's Petition for Damages, respectfully represents:

### FIRST DEFENSE

The Petition fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

*(Non-Conformity)*

The Petition fails to conform with the requirements of Code of Civil Procedure, Article 893.

### THIRD DEFENSE

*(Motion to Strike)*

Defendants move to strike all allegations of *in solido* liability.

### ANSWER TO PETITION FOR DAMAGES

1.

To the extent that the allegations of paragraph 1 of the plaintiff's Petition relate to the alleged fault and/or negligence of defendant herein, said allegations are denied. In all other respects, said allegations are denied for lack of sufficient information to justify a belief therein.

2.

The allegations of paragraph 2 of the plaintiff's Petition are denied.

3.

To the extent that the allegations of paragraph 3 of the plaintiff's Petition relate to the alleged fault and/or negligence of defendant herein, said allegations are denied. In all other respects, said allegations are denied for lack of sufficient information to justify a belief therein.

4.

To the extent that the allegations of paragraph 4 of the plaintiff's Petition relate to the alleged fault and/or negligence of defendants herein, said allegations are denied. In all other respects, said allegations are denied for lack of sufficient information to justify a belief therein.

5.

To the extent that the allegations of paragraph 5 of the plaintiff's Petition relate to the alleged fault and/or negligence of defendants herein, said allegations are denied. In all other respects, said allegations are denied for lack of sufficient information to justify a belief therein.

6.

The allegations of paragraph 6 of the plaintiff's Petition are denied.

7.

The allegations of paragraph 7 of the plaintiff's Petition are denied.

8.

The allegations of paragraph 8 of the plaintiff's Petition are denied.

9.

The allegations of paragraph 9 of the plaintiff's Petition are denied.

## AFFIRMATIVE DEFENSES

1.

In further answer to the plaintiffs' Petition for Damages herein, it is affirmatively alleged that the incident sued upon occurred as a result of Plaintiff's contributory and/or comparative negligence/fault, said negligence/fault operating to completely bar, or alternatively, to substantially mitigate recovery by Plaintiff or on Plaintiff's behalf herein; said negligence/fault being comprised of the following non-exclusive, particularized acts, among others, to be more fully shown at the time of trial, to-wit:

   A.   Failure to maintain a proper lookout;

   B.   Failure to act with due care;

   C.   Failure to mitigate damages; and

   D.   In general, failure to do what should have been done and to see what should have been seen in order to avoid the accident made subject of this suit.

2.

In further answer to the Petition herein, it is affirmatively alleged that the incident sued upon occurred as a result of the negligence and/or fault of third persons or parties for whom defendant herein is not liable.

## DEMAND FOR TRIAL BY JURY

Defendant, ALBERTSONS COMPANIES, INC., is entitled to and requests a trial by jury on all issues triable by jury on both the main and any incidental demands.

**WHEREFORE**, premises considered, Defendant, ALBERTSONS COMPANIES, INC., respectfully prays that its Answer to the plaintiff's Petition for Damages be deemed good and sufficient and that after all legal delays and due proceedings are had herein, there be judgment in Defendant's favor, dismissing Plaintiff's demands at Plaintiff's sole cost and prejudice; Defendant further prays for a trial by jury on all issues triable by jury

on both the main and any incidental demands.

    AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

RESPECTFULLY SUBMITTED,

BY: _/s/ John T. Wolff_
JOHN P. WOLFF, III (#14504)
TORI S. BOWLING (#30058)
BRANDI A. BARZE (#38488)
**KEOGH, COX & WILSON, LTD.**
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Telecopier: (225) 343-9612
Email: jwolff@keoghcox.com
    tbowling@keoghcox.com
    bbarze@keoghcox.com

*Counsel for Albertsons Companies, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing has been served this day upon all known counsel of record by placing a copy in the United States Mail, properly addressed and postage prepaid, and/or by electronic transmission and/or facsimile transmission.

    Baton Rouge, Louisiana, this 22nd day of February, 2022.

_/s/ John P. Wolff_
JOHN P. WOLFF, III

- 4 -

| | | |
|---|---|---|
| PATRICE KELLY | * | NUMBER 2021-3522  DIVISION "C" |
| | * | 21ST JUDICIAL DISTRICT COURT |
| VERSUS | | |
| | * | PARISH OF TANGIPAHOA |
| ALBERTSON'S, LLC | * | STATE OF LOUISIANA |

## JURY ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that Defendant, ALBERTSONS COMPANIES, INC., be entitled to a trial by jury on all issues triable by jury on both the main demand and any incidental demand upon posting a bond in the amount of $_____ within _____ days of Notice of Trial.

Baton Rouge, Louisiana, this _____ day of _____, 2022.


_____
HONORABLE ERIKA W. SLEDGE
Judge, 21ST Judicial District Court
Parish of Tangipahoa